# Court of Appeals
# of the State of Georgia

ATLANTA, April 12, 2019

*The Court of Appeals hereby passes the following order:*

## A19E0044. PATEL v. THE PLANTATION AT BAY CREEK HOMEOWNERS ASSOCIATION, INC.

Upon consideration of Appellant's Emergency Motion for Relief from Supersedeas Bond, the same is DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 04/12/2019*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*